UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,          :

           -against-                              :        (S-2) 11 Cr. 597 (CM)

ALEXANDER MELTSIN,                  :

           Defendant.                            :

------------------------------------------------------------x

### SENTENCING LETTERS SUBMITTED ON
### BEHALF OF DEFENDANT ALEXANDER MELTSIN

Gerald J. McMahon, Esq.
*Attorney for Defendant Alexander Meltsin*
The Standard Oil Building
26 Broadway, 18th Floor
New York, New York 10013
212.797.1877
gm@geraldjmcmahon.com

*March 05, 2013*

*To The Honorable Collen McMahon,*
*U.S. District Judge*

*Re: Character Reference for Alex Meltsin*

*Your Honor,*

*I am writing this letter on behalf of my husband, Alex Meltsin. I have known him for mare than 15 years. We met at Kingsborough Community College when we both were 19 years old. We began dating after being friends for couple of months and both started attending a church called Beth Shalom Ministries, a non-denominational messianic church serving Russian speaking Jews. We were both very new to Christianity having Jewish upbringings and somewhat alone in our believes meeting resistance from our families and friends. The first real test came 8 months later when we found out I was pregnant and everyone was advising us to abort the baby, giving me all sort of reasons from being too young with no college degree or real job, no place to live and no money. It was Alex who put all my fears to an end when he told me that we were going to get married and have a family. He dropped out of college, got a job as a bank teller and 9 months later, we welcomed our first daughter Kate. Although the first couple of years were not easy as being young parents trying to survive juggling school, work, and raising a child, simple things like going to Carvel every other Wednesday to get a special "buy one i-cream, get second free" deal was all we could allow to spend on ourselves, and still brings smile to my face.*

*Alex became involved in the youth ministry at our church helping kids to deal with everyday issues such as drug use, alcohol, bulling and being an outcast. Growing without a father, with just his mother working the night shift as a lab technician supporting a family of four including his brother and grandfather, he like no one else, could relate to what teenagers were going through with all the dangers and temptations in today's world.*
*We've had our ups and downs, but through it all, I have never stopped admiring his spirit, his goodness, in the way that he faced each day with a commitment to make life better and focused on things that really mattered. I have seen him, over the years, help many people with his ability to listen, his level of patience and the power to make others feel loved and special.*

*It is my honest belief that all his wrong doings were never done on purpose or with an intention to hurt anyone, and what he did was probably due to ignorance or incompetence and not done for any personal gain. He did not comprehend the importance of his position and the consequences to the bank and others for his decisions. Alex is an amazing husband and father. Our two daughters adore him. He makes us laugh everyday and he helps me to see goodness in people, even in those who are hard to find. The past 2 years had a tremendous effect on him and I respectfully ask you to take these words into consideration when sentencing my husband.*

*Sincerely,*


*Sasha Meltsin*

April 25, 2013

Dear Honorable Colleen McMahon,

Alex had requested me to write a character reference letter with regard to his case. But the truth is that I had already thought of doing so, before he made the request.

Alex is a man of good moral character even though it's hard to believe in the given circumstances, but this is true nonetheless. I have known him since the day we met in Church about 8 years ago. At that time he was a youth pastor and he still is. Alex dedicates many hours during the week and on the weekends as well helping out the youth. He organizes activities for the youth such as field trips to other Christian conferences. He works on equipping them with sound moral character and influences them to become better people. He also has a weekly bible study that I attend myself and find it beneficial for my well being. As we have become good friends throughout these many years I saw him also as an example of an exceptional husband and father. I think his wife and kids can most surely attest to that statement. Alex is a well respected individual in the community.

As you can see, it is totally out of his character to be charged with a felony crime. He is kind, caring, smart, and enthusiastic about life who dedicates himself as constant volunteer in the community. The felony charge will have a negative impact on his future and it's unfortunate that his career in finances is over. I am sure, whatever Alex is charged with he didn't do it intentionally and in no way was trying to get in trouble with the law. I hope you will take this into an account for the future of my good friend and make a fair decision.

If you wish to verify any of the above statements, please do not hesitate to call me on this number - ███████████


Thank you for your time.

Respectfully,


Sergey Ermolov

Dated: New York, New York
       May 1, 2013

Respectfully submitted,

*[signature: Gerald J. McMahon]*

Gerald J. McMahon, Esq.
*Attorney for Defendant*
The Standard Oil Building
26 Broadway, 18th Floor
New York, New York 10004
212.797.1877
gm@geraldjmcmahon.com

doc74